# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __TENNESSEE__

UNITED STATES OF AMERICA
**V.**

TONY LADELL LARK

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:01-00127 & 3:01-00156
USM Number: 17139-075

Isaiah S. Gant
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __One (1) through Six (6)__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall refrain from any unlawful use of a controlled | 7/10/14 |
| 2 | Defendant shall submit to substance abuse treatment at the direction of the U.S. Probation Officer which may include random urinalysis testing, outpatient treatment, or inpatient treatment not to exceed 30 days which may be followed by up to 90 days in a community corrections center | 5/28/14 |
| 3 | Defendant shall report to the Probation Officer and shall submit a truthful and complete written report within the first five days of each month | 5/21/14 |
| 4 | Defendant shall answer truthfully all inquires by the Probation Officer and follow the instructions of the Probation Officer | 7/18/14 |
| 5 | Defendant shall pay restitution in the amount of $12,496.00 (total from both cases), at a rate of 10% of his gross monthly income | 7/18/14 |
| 6 | Defendant shall not commit another federal, state, or local crime | 6/19/14 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. __1811__

Defendant's Year of Birth: __1971__

City and State of Defendant's Residence:
Nashville, Tennessee

September 29, 2014
Date of Imposition of Judgment

/s/ Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

September 29, 2014
Date

AO 245D  (Rev. 12/07 Judgment in a Criminal Case for Revocations
Sheet 2 – Imprisonment

DEFENDANT: TONY LADELL LARK  
CASE NUMBER: 3:01-00127 & 3:01-00156

Judgment — Page 2 of 2

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __eight (8) months__

No period of Supervised Release is imposed.

__X__  The Court makes the following recommendations to the Bureau of Prisons:

1. Credit for time served since Federal arrest and detention on August 22, 2014.

__X__  The Defendant is remanded to the custody of the United States Marshal.

____  The Defendant shall surrender to the United States Marshal for this District:

    ____  at _____ p.m. on _____

    ____  as notified by the United States Marshal.

____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

    ____  before 2 p.m. on _____

    ____  as notified by the United States Marshal.

    ____  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy United States Marshal